# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**UNITED STATES OF AMERICA**                                                                **PLAINTIFF**

**VS.**                                              **NO. 4:12CR00159-01-DPM**

**LOVELY PARKER**                                                                                **DEFENDANT**

## ORDER

On April 5, 2013, the Court granted the parties' joint oral motion for a psychological examination to determine Defendant Lovely Parker's competency to assist counsel in her defense and to stand trial (18 U.S.C. § 4241) and to determine Ms. Parker's competence at the time of the alleged offense (18 U.S.C. § 4242).

On May 16, 2013, the Court received notice from the Federal Bureau of Prisons ("BOP") that Ms. Parker arrived at the Federal Medical Center - Carswell, Fort Worth, Texas, on May 1, 2013, for the examination. A copy of the BOP letter is attached.

Under 18 U.S.C. § 4247(b) and (c), Defendant is committed to the custody of the Attorney General, or his authorized representative, for a period not to exceed thirty (30) days from May 1, 2013, for a psychiatric or psychological examination under 18 U.S.C. § 4241 and for a period not to exceed forty-five (45) days from May 1, 2013, for a psychiatric or psychological examination under 18 U.S.C. § 4242. Both time periods exclude any time consumed by transportation.

Based on 18 U.S.C. § 4247(c), the facility conducting the examination will file a report with this Court with copies to Defendant's counsel and the United States Attorney for this District.

2

Fourteen (14) days after the examination report is received by the Court and the parties, any party may request a hearing regarding any issues in the report or opposing the report.  Any motions for hearing or motions in opposition to the adopting of the report must include a concise statement of opposition and supporting authorities.

If no motions are filed within the fourteen (14) days provided, the Court will enter an Order adopting or rejecting the conclusions set forth in the report, and the period of excludable delay will end.  (18 U.S.C. 3161(h)(1)(A)).

IT IS SO ORDERED this 17th day of May, 2013, nunc pro tunc May 1, 2013.

_____
UNITED STATES MAGISTRATE JUDGE



U.S. Department of Justice

Federal Bureau of Prisons

*Federal Medical Center, Carswell*

---

P. O. Box 27066
"J" Street - Building 3000
Fort Worth, Texas  76127

May 6, 2013

The Honorable Beth Deere
United States Magistrate Judge
United States District Court
Eastern District of Arkansas – Western Division
500 West Capitol, Room C150
Little Rock, Arkansas 72201

RE:  Parker, Lovely
     Reg. No. 27405-009
     Case No. 4:12CR00159-01-DPM

Dear Judge Deere:

In accordance with your Order of April 8, 2013, and pursuant to the provision of Title 18, United States Code, Sections 4241(b) and 4242, Ms. Parker arrived at the Federal Medical Center, Carswell, on May 1, 2013. In accordance with your Order, our staff will complete her evaluation by June 14, 2013, and a written report will be submitted to the Court within two weeks following that date.

If we may be of further assistance to the Court in this matter, please contact me or Leslie Powers, Ph.D., Forensic Psychologist at (817)782-4279.

Sincerely,

Jody R. Upton
Warden

RECEIVED
CHAMBERS OF
MAGISTRATE JUDGE BETH DEERE

MAY 1 6 2013

U.S. DISTRICT COURT
Eastern District of Arkansas